In the Matter of the Claim of GEORGE STOCKDALE, Respondent, against INTERNATIONAL RAILWAY COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 2, 1934; decided October 16, 1934.)

*Noel S. Symons* for International Railway Company, appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.